**LITTLE ELKHORN COAL COMPANY and Old Republic Ins. Co., Appellants,**

v.

**Lester BRANHAM and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

May 4, 1973.

Fred G. Francis, Prestonsburg, for appellants.

Robert J. Greene, Perry & Greene, Paintsville, for appellees.

Memorandum Opinion by Commissioner CATINNA, Affirming.*

**KENTUCKY EAST CORPORATION and Old Republic Insurance Company, Appellants,**

v.

**Garrett HATFIELD and Kentucky Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

May 4, 1973.

William A. Rice and Gayle G. Huff, Rice & Huff, Harlan, for appellants.

Grant F. Knuckles, Pineville, J. Keller Whitaker, Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

**Harold T. PERKINS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 4, 1973.

Richard E. Moorman, Moorman & Vickery, Leitchfield, for appellant.

Ed W. Hancock, Atty. Gen., John M. Famularo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Blanche PATTON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 4, 1973.

Dee L. McNeill, Hickman, William E. Scent, Keith, Scent, Kirkham & Walton, Hopkinsville, for appellant.

Ed W. Hancock, Atty. Gen., John M. Famularo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.